UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## IN ADMIRALTY

_____

GREAT WHITE FLEET LTD.

      Plaintiff,

      Vs                              Case No: 0:19cv62458

*M/V WARNOW WHALE,* her engines, tackle, etc., *in rem* and PRINCESIA SHIPPING COMPANY LIMITED, *in personam*,

      Defendants.

_____

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Great White Fleet, Ltd., by its attorneys Tomaselli & Co. and Casey & Barnett, LLC., hereby voluntarily dismisses this action without prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated:      Fort Lauderdale, Florida
             17 October 2019

                              TOMASELLI & CO.

                          By:    /s/ John J. Tomaselli
                                  John J. Tomaselli, Esq.
                                  Florida Bar: 0872570
                                  1500 Cordova Road
                                  Suite 202
                                  Fort Lauderdale, Florida 33316
                                  Tel:    954 761 8004
                                  Email: tcolaw@outlook.com

                                  and

Page **2** of **2**

CASEY & BARNETT, LLC

Gregory Barnett, Esq.
305 Broadway, Suite 1202
New York, New York 1007
Tel:    212 286 0225
Email: ggb@caseybarnett.com

Attorneys for Plaintiff Great White Fleet, Ltd.