UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-62458-CIV-MORENO

GREAT WHITE FLEET LTD,

      Plaintiff,

vs.

M/V WARNOW WHALE, *her engines, tackle, etc., in rem*, and PRINCESIA SHIPPING COMPANY LIMITED, *in personam*,

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Plaintiff's Notice of Voluntary Dismissal **(D.E. 16)**, filed on **October 17, 2019**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED WITHOUT PREJUDICE**, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Furthermore, all pending motions are **DENIED AS MOOT** with leave to renew if appropriate.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 of October 2019.

_____
*for*
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record